482 A.2d 1276

**COMMONWEALTH of Pennsylvania**

v.

**Gary Richard NELSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1984.

Decided Nov. 5, 1984.

Theodore P. Smith, III, Asst. Dist. Atty., for appellee.

Taylor P. Andrews, Public Defender, for appellant.

Before NIX, C.J., and LARSEN, McDERMOTT, HUTCH-INSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

FLAHERTY, J., did not participate in the consideration or decision of this case.